UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OSCAR MARTINEZ-MEDINA;
LADISLAO MARTINEZ-QUINTANA,

Petitioners,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 06-75778

Agency Nos.     A078-739-480
                A078-739-481

ORDER

Before: KLEINFELD, BEA, and IKUTA, Circuit Judges.

Respondent's request for publication is GRANTED. The memorandum disposition filed on May 25, 2010, is WITHDRAWN. A superseding opinion will be filed concurrently with this Order.